UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

The Sawyers and Lerner Building, LLC,

Plaintiff,

v.

Auto Club Lamppost, LLC, et al.

Defendants.

Case No. 2:16-cv-11003
Hon. Denise Page Hood

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I served the foregoing *Notice of Filing Successor Receiver's February 2019 Report For In Camera Inspection* by United States mail, first-class postage pre-paid to:

United States District Court Eastern District of Michigan Southern Division
Theodore Levin U.S. Courthouse
Attn: LaShawn Saulsberry, Case Manager to the Honorable Denise Page Hood
231 W. Lafayette Boulevard, Court Room 709
Detroit, Michigan 48226

I hereby certify that on April 8, 2019, I served the foregoing *Notice of Filing Successor Receiver's February 2019 Report For In Camera Inspection* by electronic mail to:

Michael J. Rock, P.L.L.C.
Attn: Michael Rock, Esq.
500 Griswold, Suite 2340
Detroit, Michigan 48226
E-mail: michael.rock@mrocklaw.com
*Attorney for Plaintiff*

Maddin, Hauser, Roth & Heller, P.C.
Attn: Michelle C. Harrell, Esq./Brian A. Nettleingham, Esq./R.J. Cronkhite, Esq.
28400 Northwestern Highway, Second Floor
Southfield, Michigan 48034
Email: mharrell@maddinhauser.com; bnettleingham@maddinhauser.com; rcronkhite@maddinhauser.com
*Attorneys for Defendants*

Ross Lerner
Email: srosslerner@gmail.com
*Plaintiff's Representative*

Mack Sawyers
Email: macgsawyers@gmail.com
*Plaintiff's Representative*

Patrick Raye
Email: patrickraye@aol.com
*Defendant and Representative*

By: _____
Megan Odell, Esq. (P65083)