UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**The Sawyers and Lerner Building, LLC,**
a Kentucky limited liability company,

   Plaintiff,

v.

**Auto Club Lamppost, LLC,**
a Maryland limited liability company,
**Patrick D. Raye**, an individual, **Giancarlo DeAngelis a/k/a John DeAngelis**, an individual, and **Bloomfield Technology Park, LLC,** a Michigan limited liability company,

   Defendants.

Case No: 2:16-cv-11003

Honorable Denise Page Hood
Magistrate Judge David R. Grand

## JOINT STATEMENT ON REMAINING ISSUES AND PROPOSED SCHEDULING ORDER

I. JOINT STATEMENT ON REMAINING ISSUES

After discussion, the parties have been unable to come to a resolution on the remaining issues.

II. PROPOSED SCHEDULING ORDER

| | |
|---|---|
| Rule 26 Disclosures: | July 7, 2020 |
| Scheduling Conference: | July 13, 2020 |
| Joint Pre-Trial Statement: | August 17, 2020 |
| Final Pre-Trial Conference: | August 24, 2020 |
| Bench Trial: | To be set at Final Pre-Trial Conference |

Respectfully Submitted,

Dated: June 29, 2020

/s/ Michael J. Rock      /s/ Michelle C. Harrell
MICHAEL J. ROCK     MICHELLE C. HARRELL

| | |
|---|---|
| MICHAEL J ROCK, PLLC | MADDEN, HAUSER, ROTH & HELLER, P.C. |
| Attorney for Plaintiff | Attorney for Defendants |
| PO Box 721534 | 28400 Northwestern Highway, 2nd Floor |
| Berkley, MI 48072 | Southfield, MI 48034 |
| Michael.rock@mrocklaw.com | mharrell@maddinhauser.com |
| (248)587-7513 | (248)354-4030 |