# EXHIBIT A

AUTO CLUB LAMPPOST LLC
CHECK REGISTER
For the period from   NOV 1 2015 TO MAY 31 2016

| Check # | Date | Payee | Amount | Total |
|---|---|---|---|---|
| 2382 | 11/12/15 | ACTION MA 1140 | 629.11 | |
| 2384 | 11/12/15 | CITY OF DE 1140 | 7,348.39 | |
| 2386 | 11/12/15 | KTS & COM 1140 | 499.78 | |
| 2387 | 11/12/15 | LUTZ ROOF 1140 | 1,500.00 | |
| 2388 | 11/12/15 | ORKIN PES 1140 | 275.98 | |
| 2389 | 11/12/15 | PROMOW L 1140 | 2,875.00 | |
| 2390 | 11/12/15 | SCHINDLEF 1140 | 656.64 | |
| 2391 | 11/12/15 | WASTE MAI 1140 | 236.30 | |
| 2392 | 11/12/15 | CITY OF DE 1140 | 806.05 | |
| 2394 | 11/12/15 | VHM ENTEF 1140 | 920.00 | |
| 2397 | 11/17/15 | OAKWOOD 1140 | 480.00 | 16,227.25 |
| 2400 | 12/3/15 | ACTION MA 1140 | 261.82 | |
| 2403 | 12/3/15 | VHM ENTEF 1140 | 800.00 | |
| 2404 | 12/3/15 | WASTE MAI 1140 | 235.17 | |
| 2406 | 1/21/16 | PRACTICAL 1141 | 3,000.00 | |
| 2408 | 1/27/16 | ACTION MA 1141 | 261.82 | |
| 2409 | 1/27/16 | KTS & COM 1141 | 445.50 | |
| 2411 | 1/27/16 | ORKIN PES 1141 | 275.98 | |
| 2412 | 1/27/16 | VHM ENTEF 1141 | 1,680.00 | |
| 2413 | 1/27/16 | WASTE MAI 1141 | 279.45 | 7,239.74 |
| 2416 | 2/16/16 | ACTION MA 1141 | 261.82 | |
| 2417 | 2/16/16 | CITY OF DE 1141 | 5,395.65 | |
| 2419 | 2/16/16 | ORKIN PES 1141 | 137.99 | |
| 2420 | 2/16/16 | PROMOW L 1141 | 2,250.00 | |

| Check # | Date | Payee | Amount | Total |
|---|---|---|---|---|
| 2421 | 2/16/16 | VHM ENTEF 1141 | 1,680.00 | |
| 2423 | 2/16/16 | CITY OF DE 1141 | 806.05 | |
| 2424 | 2/16/16 | WASTE MAI 1141 | 276.55 | 10,808.06 |
| 2427 | 3/16/16 | ACTION MA 1141 | 261.82 | |
| 2430 | 3/16/16 | OAKWOOD 1141 | 160.00 | |
| 2431 | 3/16/16 | ORKIN PES 1141 | 137.99 | |
| 2432 | 3/16/16 | VHM ENTEF 1141 | 840.00 | 1,399.81 |
| 2435 | 4/1/16 | KTS & COM 1141 | 345.00 | |
| 2437 | 4/1/16 | WASTE MAI 1141 | 260.19 | |
| 2438 | 4/1/16 | PROMOW L 1141 | 3,450.00 | 4,055.19 |
| | | | | 39730.05 |
| | | | | 0.00 |