UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

The Sawyers and Lerner Building, LLC,   Case No. 2:16-cv-11003
                                        Hon. Denise Page Hood

        Plaintiff,

v.

Auto Club Lamppost, LLC, et al.

        Defendants.

## SATISIFCATION OF JUDGMENT

KNOW ALL PERSONS BY THESE PRESENTS: that Friedman Real Estate Management aka Friedman Real Estate Group , the Judgment Creditor in an action received payment in full payment and satisfaction of the judgment against The Sawyers and Lerner Buildings, LLC dated April 24, 2019.  This acknowledges and confirms that Friedman Real Estate Management aka Friedman Real Estate Group has received full satisfaction of the Judgment identified including any and all interest or costs that have otherwise accrued.  Said Judgment shall be considered paid in full and released.

JUDGMENT WAS SATISFIED THIS 2nd DAY OF AUGUST 2021.

    Executed By:

    By: /s/ Justin B. Morgan
    Justin B. Morgan, Esq. (P82290)
    34975 West Twelve Mile Road
    Farmington Hills, Michigan 48331
    Phone: (248) 848-3536
    justin.morgan@freg.com

Dated: August 2, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

The Sawyers and Lerner Building, LLC,   Case No. 2:16-cv-11003
                                        Hon. Denise Page Hood

      Plaintiff,

v.

Auto Club Lamppost, LLC, et al.

      Defendants.

## CERTIFICATE OF SERVUICE

A copy of the foregoing Notice of Judgment Lien was served on all parties of record through the Court's electronic filing system on March 25, 2020.

      By: /s/ Justin B. Morgan
      Justin B. Morgan, Esq. (P82290)